UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

| | |
|---|---|
| Mary Moore, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>- against -<br><br>Kellogg Sales Company,<br><br>                    Defendant | 3:22-cv-03172-CRL-KLM |

Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   July 17, 2023

                                                        Respectfully submitted,

                                                        Sheehan & Associates, P.C.
                                                        /s/Spencer Sheehan
                                                        Spencer Sheehan
                                                        spencer@spencersheehan.com
                                                        60 Cuttermill Rd Ste 412
                                                        Great Neck NY 11021
                                                        Tel: (516) 268-7080

## Certificate of Service

I certify that on July 17, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan